**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOSH PERROTTA,

        Plaintiff,

v.                                                                          Case No:   6:24-cv-1638-PGB-LHP

FIRST EDGE, LLC and ERIC VALDES,

        Defendants

---

**ORDER**
(And Direction to Clerk of Court)

This cause comes before the Court *sua sponte*. On April 17, 2025, the Court granted a request for counsel for Defendant's withdrawal, leaving both Defendants without counsel. Doc. Nos. 44, 46. Defendant First Edge, LLC cannot proceed *pro se*, however, and therefore the Court permitted First Edge, LLC thirty (30) days to retain counsel and to cause counsel to appear on its behalf. Doc. No. 46, at 1–2. On April 18, 2025, the Court then granted a request to stay the case through June 17, 2025. Doc. No. 47. The stay was lifted on June 18, 2025. Doc. No. 50.

Upon review, given the stay of this case, it is **ORDERED** that First Edge, LLC shall have **thirty (30) days** from the date of this Order to retain counsel and to cause

counsel to appear on its behalf.  **Failure to do so will result in the imposition of Clerk's default without further notice**.

Court records reflect that the Court's April 17, 2025 Order granting withdrawal of counsel was returned to sender.  It is therefore further **ORDERED** that, in addition to regular mail, the Clerk of Court shall also cause a copy of this Order to be delivered to First Edge, LLC via email:   ev@first-edge.co.

**DONE** and **ORDERED** in Orlando, Florida on June 20, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties