**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOSH PERROTTA,

    Plaintiff,

v.                                                                         Case No:   6:24-cv-1638-PGB-LHP

FIRST EDGE, LLC and ERIC
VALDES,

    Defendants

---

**ORDER**
(And Direction to Clerk of Court)

This cause comes before the Court *sua sponte*. Plaintiff Josh Perrotta instituted this action by complaint filed against Defendants First Edge, LLC and Eric Valdes on September 9, 2024. Doc. No. 1. Defendants initially appeared in the case through counsel. Doc. Nos. 12-13, 15. However, on April 17, 2025, the Court granted counsel's request to withdraw, leaving both Defendants unrepresented. Doc. Nos. 44, 46. Defendant First Edge, LLC cannot proceed *pro se*, however, and therefore the Court permitted First Edge, LLC thirty (30) days to retain counsel and to cause counsel to appear on its behalf. Doc. No. 46, at 1–2. *See also* Local Rule 2.02(b)(2). Following a brief stay of the case, (*see* Doc. Nos. 47,

50), on June 20, 2025, the Court provided First Edge, LLC an additional thirty (30) days to retain counsel and cause counsel to appear on its behalf. Doc. No. 51. The Court advised First Edge, LLC that failure to have counsel appear on its behalf by this deadline will result in the imposition of Clerk's default without further notice. *Id.*, at 2. To ensure First Edge, LLC received notice of the Court's June 20, 2025 Order, the Court directed the Clerk of Court to email a copy of the Order to First Edge, LLC. *Id.*

The deadline for First Edge, LLC to take action expired on or about July 21, 2025, and on review of the docket, no attorney has appeared on behalf of First Edge, LLC, nor filed any request to extend the deadline or for any other relief. Accordingly, the **Clerk of Court** is **DIRECTED** to enter default against Defendant First Edge, LLC. The **Clerk of Court** is further **DIRECTED** to mail a copy of this Order to Defendant First Edge, LLC at the address and email address reflected on the docket. Plaintiff shall file a properly supported motion for default judgment within the time period set forth in Local Rule 1.10(c). Plaintiff's motion for clerk default (Doc. No. 54) is **DENIED AS MOOT**.

**DONE** and **ORDERED** in Orlando, Florida on August 5, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties